|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5 | DOUGLAS C. FOSTER, CA #205674<br>Law Offices of Douglas C. Foster<br>3185 M. Street; Suite 200<br>Merced, CA 95348<br>Telephone: (209) 691-7280<br>Fax: (209) 691-7290<br><br>Attorney for Defendant<br>MARVIN CARRENO |

**FILED**

DEC 22 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00062 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE |
| MARVIN CARRENO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that Defendant's terms of supervised shall be modified to add the following term of supervised release:

> You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Erica P. Grosjean, courtroom 10, starting on January 17, 2024 at 11:00 a.m.

All other terms and conditions of Defendant's release are to remain as previously ordered.

IT IS SO SIPULATED:

                        PHILLIP A. TALBERT
                        United States Attorney

DATED: 12/22/23              /s/ Justin Gilio
                        JUSTIN GILIO
                        Assistant United States Attorney
                        Attorney for Plaintiff

DATED: 12/22/23              /s/ Douglas Foster
                        DOUGLAS C. FOSTER
                        Law Offices of Douglas C. Foster
                        Attorney for Defendant
                        MARVIN CARRENO

## ORDER

      IT IS SO ORDERED. Defendant's supervised release is hereby modified to include the following:

> You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Erica P. Grosjean, courtroom 10, starting on January 17, 2024 at 11:00 a.m.

All of the other Conditions of Release remain in effect as previously ordered.

DATED:  12/22/2023

                        HON. ERICA P. GROSJEAN
                        United States District Court Magistrate